## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| YVONNE MAGEE and JOHNELLA FINERAN, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>SOUTH BEND HOUSING AUTHORITY, )<br>et al. )<br>)<br>Defendants, ) | Case No. 3:09-CV-337 |

### AFFIDAVIT OF CORNELIUS LOTTIE

Cornelius Lottie, being duly sworn, states as follows:

1. I am a competent adult, over 18 years of age, and I have personal knowledge of the matters set forth in this Affidavit. If called upon to do so, I would testify to them in a court of law.

2. I am currently the Assistant Manager of Public Housing of the Housing Authority of South Bend. ("Housing Authority"). I held that position in 2005.

3. As the Assistant Manager of Public Housing, I am familiar with the matters set forth in this Affidavit.

4. The public housing development located at 628 Western Ave and operated by the Housing Authority of South Bend was built in 1961.

I affirm, under the pains and penalties for perjury, that the foregoing statements are true, to the best of my knowledge and belief.

Date: October 2, 2009          _Cornelius Lottie_



EXHIBIT A