UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| YVONNE MAGEE and<br>JOHNELLA FINNERAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 3:09-CV-337 |
| | ) | |
| SOUTH BEND HOUSING AUTHORITY,<br>et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants hereby respectfully notify the Court of an order granting summary judgment

in *Stevens v. Housing Authority of South Bend, et al.*, No. 3:08-CV-51, 2010 WL 2560431 (N.D.

Ind. June 23, 2010) (Judge Lozano) because that order is relevant to issues pending before this

Court in Defendants' Motion to Dismiss.   Specifically, the *Stevens* order supports the

conclusions that:  (1) Plaintiffs' claims against Defendants Leonard-Dent and the individual

Commissioners are redundant and should be dismissed; (2) Plaintiffs' segregation claims are

barred by the statute of limitations; and (3) Plaintiffs' segregation claim under the Fair Housing

Act has no legal basis because it is a post-acquisition claim for discrimination, not a claim

concerning "access" to housing.  All three arguments are set forth in the Housing Authority's

brief in support of its pending Motion to Dismiss.  (*See* Sections IV., VII.C., and VIII.B.)  A

copy of the *Stevens* decision is attached as Exhibit A.

Respectfully submitted,

/s/ Michael P. Palmer
Michael P. Palmer (25199-71)
BARNES & THORNBURG LLP
600 1st Source Bank Center
100 North Michigan Street
South Bend, IN  46601-1632
Telephone:  (574) 233-1135
Email: Michael.Palmer@btlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of*

*Supplemental Authority* was filed and served upon the following, on this 12th day of July 2010,

via ECF:

Kent Hull
INDIANA LEGAL SERVICES, INC.
Kent.hull@ilsi.net

Aladean M. DeRose
Chief Assistant City Attorney
aderose@southbendin.gov

Deborah M. Leonard
Assistant United States Attorney
Deborah.leonard@usdoj.gov

/s/ Michael P. Palmer

SBDS01 KCLARK2 331725v1